UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEPE BARELA o/b/o R.B., a minor child,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:14-CV-3172-FVS<br><br>ORDER FOR REMAND |

The parties filed a stipulated motion for remand. (**ECF No. 19**.) After consideration, IT IS ORDERED that the **motion is granted**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to: (1) update the record; (2) further consider the child's medically determinable impairments at steps two and three of the sequential evaluation process; (3) obtain consultative expert and medical expert evidence to assist by providing a longitudinal overview of the nature, severity, and limiting effects of the child's medically determinable impairments throughout the period at issue; (4) reevaluate the medical source opinions, including the opinions of treating specialist, Dr. Diane Liebe, M.D.; (5) further evaluate the credibility of the child's uncle's statements; and (6) issue a new decision. The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, the matter is remanded to the Commissioner for additional proceedings

ORDER - 1

pursuant to sentence four 42 U.S.C. 405(g). Upon proper presentation, this Court will consider plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

The District Court Executive is directed to file this Order and provide a copy to counsel for plaintiff and defendant. Judgment shall be entered for plaintiff and the file shall be **CLOSED**.

DATED August 5, 2015.

> *s/Fred Van Sickle*
> Fred Van Sickle
> Senior United States District Judge

ORDER - 2